AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**ELBERT HOGAN,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**KOKOSING CONSTRUCTION COMPANY,**

CASE NO.  C2-08-1052
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

        **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed September 29, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 29, 2011

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk