AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**ELBERT HOGAN,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

      CASE NO.  C2-08-1052

**KOKOSING CONSTRUCTION**    JUDGE EDMUND A. SARGUS, JR.
**COMPANY,**    MAGISTRATE JUDGE NORAH MCCANN KING

      **Defendant.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed September 29, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 29, 2011    JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk